458        APPELLATE COURTS OF ILLINOIS.

Caldon v. National Malleable Cast. Co., 182 Ill. App. 458.

John Caldon, Plaintiff in Error, v. National Malleable Castings Company, Defendant in Error.

Gen. No. 18,298.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. CHARLES A. McDONALD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

## Statement of the Case.

Action by John Caldon against National Malleable Castings Company for damages for personal injuries. Plaintiff appeals from a judgment rendered against him on demurrer.

THEODORE G. CASE, for plaintiff in error.

PAGE & PAGE, for defendant in error; CECIL PAGE, of counsel.

MR. JUSTICE BAUME delivered the opinion of the court.

## Abstract of the Decision.

1. PLEADING, § 45*—*how construed*. Upon demurrer a declaration is to be construed against the pleader.

2. MASTER AND SERVANT, § 539*—*what allegations are insufficient*. An allegation that a plaintiff was ordered to work outside the scope of his employment upon certain work in which he was wholly unskilled and with a certain wrench which was too small to put in a certain screw is defective and insufficient as stating the conclusion of the pleader, and the designation of the work and instrumentalities as "certain" is too vague and indefinite.

3. MASTER AND SERVANT, § 543*—*when allegation as to assistants required in doing work, is insufficient*. An allegation that work required an assistant to enable plaintiff to perform the same with safety states a mere conclusion.

4. MASTER AND SERVANT, § 545*—*when absence of assumption of risk is not sufficiently alleged*. Declaration *held* defective in failing to negative such knowledge of danger as the plaintiff might have acquired in the exercise of ordinary diligence.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.